# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: DR:24-M -00049(1) |
| (1) Hocine Filali<br>*Defendant* | § | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Hocine Filali, a hearing was set for 01/10/24.

ALFRED RAMIREZ was appointed to represent the defendant. On 01/09/24, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 9th day of January, 2024.

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE