# SENTENCING
## DEL RIO DIVISION

CASE No.: DR:24-M-00049(1)-AM

DEFENDANT'S:

#1  Hocine Filali                                    #1  [CJA] Alfred G. Ramirez

CHIEF JUDGE: ALIA MOSES              AUSA: Katy Garner
DEPUTY CLERK: Debbie Green/Lynette Mendoza    INTERPRETER: ghada Attieh    Yes
COURT REPORTER: Vickie Lee Garza      PROB. OFFICER:
DATE: Friday, January 12, 2024        TIME: 5:07pm    Omin

### PROCEEDINGS

PLED GUILTY DATE    1/12/24

[X] SEN. HELD: COUNTS:    1

[ ] STATEMENTS OF DFT & COUNSEL HEARD

[ ] OBJECTIONS TO PRE-SENTENCE REPORT HEARD

[X] PRE-SENTENCE REPORT SEALED

[ ] GOVT'S ORAL MOTION FOR 3E1.1(b) ORALLY GRANTED

[X] COURT ADVISED DFT OF RIGHT TO APPEAL

[ ] DFT GIVES ORAL NOTICE OF APPEAL

[X] DFT REMANDED TO CUSTODY

[ ] COURT RECOMMENDS BOP PLACEMENT:

### SENTENCE

COUNT:    1       CTS 12-26-23

IMP.    6    MOS. (     ) DAYS       S/R _____ YRS.

( ) NON-REPORTING                        ( ) OBTAIN GED
( ) NOT LESS THAN ___ HRS OF COMMUNITY SVC    ( ) MENTAL HEALTH TREATMENT
( ) SUBSTANCE ABUSE TREATMENT            ( ) HOME CONFINEMENT _____ DAYS
( ) ABSTAIN FROM DRUGS AND ALCOHOL       ( ) SEX OFFENDER TREATMENT

PROB _____ MOS/YRS    FINE $  0     S/A $ Govt Remit    REST. $ _____

[X] FINE IS WAIVED BECAUSE OF DFT'S INABILITY TO PAY

[X] SPECIAL ASSESSMENT ORDERED REMITTED UPON GOVT'S ORAL MOTION

OTHER: